**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:21-cr-797 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| HARMONY HARRIS, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A Violation Report was filed in this case on November 3, 2021[1]. The Court referred this matter to Magistrate Judge Thomas M. Parker to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Parker reported that a supervised release violation hearing was held on November 3, 2021. The defendant admitted to the following violations:

1. Unauthorized Use of Drugs;
2. Failure to Comply with Substance Abuse Treatment.

The magistrate judge filed a report and recommendation on November 30, 2021, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violation numbers 1 and 2.

A final supervised release violation hearing was conducted on March 23, 2022. Present were the following: Assistant United States Attorney Bryson N. Gillard, Attorney Alvaro DeCola, the defendant Harmony Harris and United States Probation Officer Jennifer Burke.

---

[1] A Supplemental Report containing updated information was filed on December 15, 2021.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation numbers 1 and 2.

IT IS ORDERED that the defendant's term of supervised release is revoked, and the defendant is sentenced to the custody of the Bureau of Prisons for a period of 11 months with credit for time served since March 7, 2022.

The Court recommends that the defendant participate in any drug treatment program for which he qualifies and receive a mental health evaluation and treatment, as appropriate.

Following release from BOP custody, the defendant shall be placed on Supervised Release for a period of 60 days under the same terms and conditions originally imposed and the following additional condition: the defendant is to be released from custody directly to an in-patient treatment program, such as Community Assessment & Treatment Services, Inc. (CATS), for up to 60 days, as directed by the U.S. Probation Office.

**IT IS SO ORDERED**.

Dated: March 23, 2022

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**